# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MA JINGYI,

       Petitioner,

   v.

TODD M. LYONS, et al.,

       Respondents.

Case No. 1:26-cv-02157-KES-SAB-HC

ORDER DENYING PETITIONER'S EMERGENCY MOTION TO EXPEDITE HABEAS REVIEW

(ECF No. 6)

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 19, 2026, Petitioner filed a petition for writ of habeas corpus. (ECF No. 1.) On March 23, 2026, the Court issued a scheduling order and ordered Respondents to file a response to the petition within twenty-one days. (ECF No. 5.) On March 26, 2026, Petitioner filed the instant emergency motion to expedite habeas review. (ECF No. 6.) Petitioner asserts that "[t]his case presents urgent and extraordinary circumstances" because "Petitioner is currently in immigration detention while simultaneously facing pending criminal proceedings in Los Angeles County. Due to her detention, she is unable to appear, testify, confront witnesses, or otherwise participate in her defense." (Id. at 2.[1]) Petitioner notes that there is "an imminent immigration merits hearing scheduled for April 7, 2026, creating a substantial risk that she may be removed

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

from the United States before her criminal case can be adjudicated" and requests the Court to "[s]et an expedited briefing and hearing schedule prior to April 7, 2026." (ECF No. 6 at 2, 4.)

The Court appreciates Petitioner's wish to proceed as expeditiously as possible. However, the Court will keep the current briefing schedule given that the response is due in less than two weeks. Accordingly, the Court DENIES Petitioner's emergency motion to expedite habeas review.

IT IS SO ORDERED.

Dated:   **April 2, 2026**

STANLEY A. BOONE
United States Magistrate Judge